

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Bernard Dale Kelly, Jr., Appellant

No. 06-13-00009-CR      v.

The State of Texas, Appellee

Appeal from the 196th District Court of Hunt County, Texas (Tr. Ct. No. 27407). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we affirm the judgment of the trial court as to the conviction. We reverse the judgment of the trial court and remand the cause for a new trial on punishment.

We further order that the appellee, The State of Texas, pay all costs of this appeal.

RENDERED DECEMBER 4, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk